HLD-004                                                NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 15-1111

_____

IN RE:  JASON EMANUEL SMART-EL,
                                                                        Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to D.N.J. Civ. No. 1:13-cv-00164)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
February 20, 2015

Before:  MCKEE, Chief Judge, GARTH and BARRY, Circuit Judges

(Opinion filed:  April 14, 2015)

_____

OPINION[*]

_____

PER CURIAM

Jason Emanuel Smart-El filed a petition for writ of mandamus requesting that we

direct the District Court to rule on a motion that he had filed pursuant to 28 U.S.C.

§ 2255.  The District Court has since granted Smart-El's § 2255 motion.  In light of the

District Court's action, the question Smart-El presented is no longer a live controversy,

so we will dismiss the petition as moot.  See, e.g., Lusardi v. Xerox Corp., 975 F.2d 964,

---

[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

974 (3d Cir. 1992); <u>see also</u> <u>Blanciak v. Allegheny Ludlum Corp.</u>, 77 F.3d 690, 698-99

(3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a

plaintiff's personal stake in the outcome of a suit or prevent a court from being able to

grant the requested relief, the case must be dismissed as moot.")